## GIBSON v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—No bill of exceptions and no error of record. Affirmed.

---

## GOWAN, ET AL. v. WYNN.

(Decided November 18, 1915.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

CURRY & WALKER, for appellant. J. W. STROTHER, for appellee.

PER CURIAM.—Affirmed on certificate.

---

## GRAY v. ANDROE.

(Decided December 16, 1915.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

JOHN F. DILLARD, for appellant. No counsel marked for appellee.

PER CURIAM.—Dismissed on motion of appellant.

---

## GRAY v. CITY OF TUSCALOOSA.

(Decided November 25, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. BROWN & WARD, for appellee.

PER CURIAM.—Dismissed for want of prosecution.